UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

ISHWAR PERSAUD,

      Plaintiff,     **MEMORANDUM & ORDER**
              20-CV-4360 (EK)(RML)
     -against-

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

--------------------------------------x

ERIC KOMITEE, United States District Judge:

   The Court has received Magistrate Judge Levy's Report and Recommendation (R&R) dated April 23, 2026.  ECF No. 45. Judge Levy recommends that plaintiff's motion for attorney fees be granted in part and denied in part.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Levy's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

   Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, plaintiff's counsel be awarded $24,321.67 out of plaintiff's past-due benefits pursuant to 42 U.S.C. § 406(b), and that plaintiff's

counsel be directed to promptly refund to plaintiff the $20,000

fee amount awarded under the EAJA.


        SO ORDERED.


                                    /s/ Eric Komitee
                                ERIC KOMITEE
                                United States District Judge



Dated:     May 8, 2026
           Brooklyn, New York